**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Cynthia Reppucci

**Case/AP Number** 10-11726 **-FJB**

**Chapter** 13

#18 Motion of Chapter 13 Trustee to Dismiss Case (C. Bankowski)
#23 Response of Debtor (R. Canzano)

**COURT ACTION:**

#18_____ Hearing held

_____ Granted _____ Approved _____ Moot

_____ Denied _____ Denied without prejudice _____ Withdrawn in open court

_____ Overruled _____ Sustained

#18_____ Continued to July 1, 2010, at 10:30 a.m._____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by_____

_____ No appearance by _____

Show Cause Order _____ Released _____ Enforced

IT IS SO ORDERED:

*Frank J Bailey*

_____ Dated: 6/3/2010

Frank J. Bailey
United States Bankruptcy Judge