UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re Cynthia Repucci    Case No. 10-11726-FJB
    Chapter 13

## APPLICATION FOR COMPENSATION

Pursuant to Bankruptcy Rule **2016** and **MLBR 2016-1, the** undersigned, counsel for the Debtor in the above entitled case, hereby applies for approval of compensation in the amount of $6,361.65 in legal fees and expenses for the period December 30, 2009 through August 2, 2010. In support hereof, counsel respectfully submits the attached billing detail, which describes the specific services performed each day by counsel with the time broken down into units of tenths of one hour devoted to such services and which describes actual expenses incurred, and says as follows.

These services were rendered pursuant to a written fee agreement, to wit the district standard Chapter 13 agreement, previously filed in this case, and a supplemental written agreement between the Debtor and counsel concerning a fee for services rendered. Fees and expenses in excess of retainer are to be paid through the Debtor's Chapter 13 Plan, filed herewith.

The date and amount of any retainer, partial payment or prior interim allowances is (are) as follows: $2800.00 fee retainer received January 25, 2010. In addition, Debtor paid $500.00 on February 11, 2010.

Total legal fees paid to date are $3300.00.

The services performed include usual and customary Chapter 13 pre-confirmation services as well as preparing and filing an Amended Chapter 13 Plan and dealing with the Chapter 13 Trustee's objection to the Amended Plan.

The attached billing detail contains a summary of hours expended by professionals and other personnel.

A brief biography of each person requesting compensation hereunder is attached hereto. The following chart sets forth the information required by MLBR 2016-1(a)(2)

| Full name | Initials | Hourly Rate | Total fees and expenses |
|---|---|---|---|
| Richard M. Canzano | RMC | $375.00 | $6,318.75 |
| Laurie E. Leary | LEL | $130.00 | $42.90 |

By her attorney,

/s/ Richard M. Canzano

Richard M. Canzano
072500
Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801
781 935 3500 Telephone
781 935 7887 Facsimile
rmcanzano@aol.com

Dated: August 9, 2010

| PREBILL | Billing Timekeeper: RMC | | August 2, 2010 |
|---|---|---|---|

Cindy Reppucci
14 Hesseltine Ave
Melrose, MA 02176

Matter No. 7641-1
c 13

**Fees through 07/31/10:**                                                                      Hours

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/30/09 | RMC | Meeting with client concerning the filing of a bankruptcy; I explained the law and the facts and in particular discussed the client's options under c 7 and c13.<br>Worked 1.00 hours at $375.00 per hour | 1.00 | 375.00 |
| 01/04/10 | RMC | Review of email and response thereto<br>Worked 0.35 hours at $375.00 per hour | 0.35 | 131.25 |
| 01/07/10 | RMC | Meeting with client and her husband concerning the filing of either a c13 or c7<br>Worked 1.00 hours at $375.00 per hour | 1.00 | 375.00 |
| 01/20/10 | LEL | Open file.<br>Sort documents.<br>Worked 0.33 hours at $130.00 per hour | 0.33 | 42.90 |
| 01/29/10 | RMC | Meeting with client concerning her bankruptcy<br>Worked 0.40 hours at $375.00 per hour | 0.40 | 150.00 |
| 02/10/10 | RMC | Draft c13 Plan and all related documents<br>Worked 2.50 hours at $375.00 per hour | 2.50 | 937.50 |
| 02/20/10 | RMC | Meeting with client concerning a discussion of the Petition and Plan and supervising the execution of the petition<br>Worked 1.00 hours at $375.00 per hour | 1.00 | 375.00 |
| 02/25/10 | RMC | File maintenance, electronic filing of certificate of service for the Plan and Insurance binder | 1.00 | 375.00 |
| | PLAN | Plan && Disclosure Statement<br>Worked 1.00 hours at $375.00 per hour | | |
| 03/02/10 | RMC | Telephone conference with client about pay advices<br>Worked 0.30 hours at $375.00 per hour | 0.30 | 112.50 |
| 03/02/10 | RMC | Scan and email tax return to trustee<br>Worked 0.30 hours at $375.00 per hour | 0.30 | 112.50 |

Cindy Reppucci  August 2, 2010
c 13  Page 2

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/10 | RMC | Telephone conference with Chase re: auto loan intentions; Left message and requested a return call<br>Worked 0.30 hours at $375.00 per hour | 0.30 | 112.50 |
| 03/12/10 | RMC | Respond to client's email about Century and file maitenance<br>Worked 0.25 hours at $375.00 per hour | 0.25 | 93.75 |
| 03/24/10 | RMC | Review of the pleadings filed by Chase Bank; review of Dictate and draft documents and notes to the file; dictate followup instruction to LEL from client concerning Chase's post petiton attempt to collect a debt; email to Chase's lawyer to stop the post petition collection matter; file maintenance<br>Worked 0.75 hours at $375.00 per hour | 0.75 | 281.25 |
| 04/12/10 | RMC | Meeting with client concerning her upcoming c13 Attendance at 341 hearing portal to portal hearing in Boston<br>Worked 0.50 hours at $375.00 per hour | 0.50 | 187.50 |
| 04/13/10 | RMC | Attendance at 341 hearing portal to portal<br>Worked 2.00 hours at $375.00 per hour | 2.00 | 750.00 |
| | | Total fees: | 11.98 | 4,411.65 |

**Timekeeper Summary**

| | | | |
|---|---|---|---|
| RMC | Richard M. Canzano | 11.65 hours at $375.00 per hour | 4,368.75 |
| LEL | Laurie E. Leary | 0.33 hours at $130.00 per hour | 42.90 |

**Expenses through 07/31/10:**

| 02/08/10 | LEL | Credit report (Credit Infonet) | 30.00 |
|---|---|---|---|
| | | Total expenses: | 30.00 |

**Payments & Adjustments through 07/31/10:**

| 01/29/10 | Payment | | | | | 2,800.00 CR |
|---|---|---|---|---|---|---|
| | Fee/Exp/Late/Tax: | 2,800.00 CR | 0.00 | 0.00 | 0.00 | |
| 02/11/10 | Payment (cash) | | | | | 500.00 CR |
| | Fee/Exp/Late/Tax: | 500.00 CR | 0.00 | 0.00 | 0.00 | |

Cindy Reppucci                                                                August 2, 2010
c 13                                                                                  Page 3

02/22/10    Payment (cash)                                                        190.00 CR
   Fee/Exp/Late/Tax:        190.00 CR        0.00         0.00         0.00

                       Total payments & adjustments:                3,490.00 CR

**Billing Summary**

|                | Fees      | Expenses | Late Charges | Taxes | Unapplied | Total      |
|----------------|-----------|----------|--------------|-------|-----------|------------|
| Prev. balance  | 0.00      | 0.00     | 0.00         | 0.00  | 0.00      | 0.00       |
| New charges    | 4,411.65  | 30.00    | 0.00         | 0.00  |           | 4,441.65   |
| Pmts rec'd     | 3,490.00 CR | 0.00   | 0.00         | 0.00  | 0.00      | 3,490.00 CR |
| Pmts applied   | 0.00      | 0.00     | 0.00         | 0.00  | 0.00      |            |
| New balance    | 921.65    | 30.00    | 0.00         | 0.00  | 0.00      | 951.65     |

    Total now due            951.65
    Due Date                 08/27/10

**Activity To Date**

|          | Fees     | Expenses | Late Charges | Taxes | Total      |
|----------|----------|----------|--------------|-------|------------|
| Charges  | 4,411.65 | 30.00    | 0.00         | 0.00  | 4,441.65   |
| Payments |          |          |              |       | 3,490.00 CR |

**Aged Balance**

|              | Current | 31-60 | 61-90 | Over 90 | Total  |
|--------------|---------|-------|-------|---------|--------|
| Fees         | 921.65  | 0.00  | 0.00  | 0.00    | 921.65 |
| Expenses     | 30.00   | 0.00  | 0.00  | 0.00    | 30.00  |
| Late Charges | 0.00    | 0.00  | 0.00  | 0.00    | 0.00   |
| Taxes        | 0.00    | 0.00  | 0.00  | 0.00    | 0.00   |
| Total        | 951.65  | 0.00  | 0.00  | 0.00    | 951.65 |

**Billing Instructions**
    Billing Cycle:                      Month
    Last Bill:                          None sent
    Rate Table:                         1
    Bill Format:                        1
    Bills Include:                      Both fees and expenses
    Standard Retainer Account:          None
    Auto Retainer (Fee/Exp/Late/Tax):   None / None / None / None
    Late Charge Type:                   Use standard setting
    Next Late Charge After:             Any date
    Tax Code:                           Use standard tax code
    Fee/Expense Threshold:              Use standard setting
    Maximum Fee:                        0.00

**PREBILL**  Billing Timekeeper: LEL  August 2, 2010

Cindy Reppucci
14 Hesseltine Ave
Melrose, MA 02176

Matter No. 7641-2
Post 341 matters

**Fees through 07/31/10:**   Hours

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 05/17/10 | RMC | Review of email from Court ; review of I and J from client; telephone conference with trustee about the amended I and J; Left message and requested a return call ; filed amended I and J and fax to Trustee<br>Worked 0.80 hours at $375.00 per hour | 0.80 | 300.00 |
| 05/18/10 | RMC | Telephone conference with ch 13 trustee about the Debtors income spreadsheet; fax the spreadsheets to the trustee with copies to the client.<br>Worked 0.60 hours at $375.00 per hour | 0.60 | 225.00 |
| 05/25/10 | RMC | Draft P&L statements; fax to Remer with copy to client<br>Worked 1.00 hours at $375.00 per hour | 1.00 | 375.00 |
| 05/26/10 | RMC | Telephone conference with PAt Remer, file maintenance ; email to client<br>Worked 0.60 hours at $375.00 per hour | 0.60 | 225.00 |
| 06/01/10 | RMC | Telephone conference with client about my telephone conference with Ms Remer; telephone conference with Ms Remer; Left message and requested a return call<br>Worked 0.50 hours at $375.00 per hour | 0.50 | 187.50 |
| 06/14/10 | RMC | Draft amended Plan, Motion to Amend; email copy of Plan to the client for her review and signature.<br>Worked 1.00 hours at $375.00 per hour | 1.00 | 375.00 |
| 06/16/10 | RMC | Telephone conference with client about the amended Plan<br>Worked 0.20 hours at $375.00 per hour | 0.20 | 75.00 |
| 06/17/10 | RMC | File Amended Paln and Motion to Amend<br>Worked 0.50 hours at $375.00 per hour | 0.50 | 187.50 |
| | | Total fees: | 5.20 | 1,950.00 |

Cindy Reppucci                                                                                   August 2, 2010
Post 341 matters                                                                                       Page 2

**Timekeeper Summary**

    RMC    Richard M. Canzano    5.20 hours at $375.00 per hour    1,950.00

**Billing Summary**

|              | Fees     | Expenses | Late Charges | Taxes | Unapplied | Total    |
|--------------|----------|----------|--------------|-------|-----------|----------|
| Prev. balance| 1,350.02 | 0.00     | 0.00         | 0.00  | 0.00      | 1,350.02 |
| New charges  | 1,950.00 | 0.00     | 0.00         | 0.00  |           | 1,950.00 |
| Pmts rec'd   | 0.00     | 0.00     | 0.00         | 0.00  | 0.00      | 0.00     |
| Pmts applied | 0.00     | 0.00     | 0.00         | 0.00  | 0.00      |          |
| New balance  | 3,300.02 | 0.00     | 0.00         | 0.00  | 0.00      | 3,300.02 |

    Total now due    3,300.02
    Due Date    08/27/10

**Activity To Date**

|          | Fees     | Expenses | Late Charges | Taxes | Total    |
|----------|----------|----------|--------------|-------|----------|
| Charges  | 3,300.02 | 0.00     | 0.00         | 0.00  | 3,300.02 |
| Payments |          |          |              |       | 0.00     |

**Aged Balance**

|              | Current  | 31-60 | 61-90    | Over 90 | Total    |
|--------------|----------|-------|----------|---------|----------|
| Fees         | 1,950.00 | 0.00  | 1,350.02 | 0.00    | 3,300.02 |
| Expenses     | 0.00     | 0.00  | 0.00     | 0.00    | 0.00     |
| Late Charges | 0.00     | 0.00  | 0.00     | 0.00    | 0.00     |
| Taxes        | 0.00     | 0.00  | 0.00     | 0.00    | 0.00     |
| Total        | 1,950.00 | 0.00  | 1,350.02 | 0.00    | 3,300.02 |

**Billing Instructions**

    Billing Cycle:    Month
    Last Bill:    1271 on 05/13/10
    Rate Table:    1
    Bill Format:    1
    Bills Include:    Both fees and expenses
    Standard Retainer Account:    None
    Auto Retainer (Fee/Exp/Late/Tax):    None / None / None / None
    Late Charge Type:    Use standard setting
    Next Late Charge After:    Any date
    Tax Code:    Use standard tax code
    Fee/Expense Threshold:    Use standard setting
    Maximum Fee:    0.00

Laurie E. Leary is a paralegal assistant employed by the office of Blumsack & Canzano since 1976. She is a graduate of Katherine Gibbs School (1972) and upon graduation was hired by the firm of Ropes & Gray in Boston. During her tenure at Blumsack & Canzano, Mrs. Leary has attended numerous paralegal courses at Northeastern University.

Richard M. Canzano practices in bankruptcy, insolvency, commercial and secured lending law. He is a member of the Massachusetts bar, 1970; U.S. Supreme Court, U.S. District Court for the District of Massachusetts, and U.S. Court of Appeals, First Circuit. His education includes Boston College (B.A., 1968) and Boston College Law (J.D., 1971). He is a resident of Boston, Massachusetts and has maintained his practice in Woburn for the past 30 years. Mr. Canzano has appeared as lecturer for the MCLE concerning contract damages. He has represented secured lenders, debtors, and investors seeking to acquire assets or business in bankruptcy.

# United States Bankruptcy Court
## District of Massachusetts

In re  **Cynthia Reppucci**                                                                 Case No.  **10-11726**
                                    Debtor(s)                                               Chapter   **13**

# CERTIFICATE OF SERVICE

I hereby certify that on **August 10, 2010**, a copy of **Application for Compensation** was served electronically or by regular United States mail to all interested parties including the Debtor Cynthia Reppucci at 14 Hesseltine Avenue, Melrose MA 02176, the Trustee and all creditors listed below.

Bank Of America
4060 Ogletown/Stanton Rd
Newark, DE 19713

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Century Bank
376 Mystic Ave
Medford, MA 02155

Chase Home Finance
PO Box 9001871
Louisville, KY 40290

Chase Manhattan
Attn: Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219

Chase Student Ln Servi
Po Box 6004
Ridgeland, MS 39158

Citi
Po Box 6241
Sioux Falls, SD 57117

Ge Capital Credit Card
Attn: Bankruptcy
Po Box 103106
Roswell, GA 30076

Hill, Howard D. DDS
25 East Maint Street
Georgetown, MA 01833

Lowes / MBGA
Attention: Bankruptcy Department
Po Box 103106
Roswell, GA 30076

Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040

Macys/fdsb
Macy's Bankruptcy
Po Box 8053
Mason, OH 45040

Michael A. Barbati
14 Hesseltine Av
Melrose, MA 02176

Nicholas C.. Barbati

14 Hesseltine Av
Melrose, MA 02176

Pride Hyundai of Lynn
777 Lynnway
MA 01909

Robert Repucci
14 Hesseltine Ave
Melrose, MA 02176

Unvl/citi
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

/s/ Richard M. Canzano
Richard M. Canzano 072500
Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801
781 935 3500 Fax:781 935 7887
rmcanzano@aol.com