**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>CYNTHIA REPPUCCI,<br>　　　　　　Debtor | Chapter 13<br>Case No. 10-11726-FJB |

**TRUSTEE'S RESPONSE TO APPLICATION FOR COMPENSATION**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully files her Response to the Application Compensation filed by Richard M. Canzano as Counsel to the Debtor ("the Fee Application"), as follows:

1.　　The Trustee has no objection to the Fee Application per se, or to the amount of the fees sought. The Fee Application seeks total compensation of $6,361.65. According to the Fee Application, Counsel has already received $3,300.00 and is seeking compensation for the balance of the fees in the amount of $3,061.65.

2.　　However, the proposed Amended Chapter 13 Plan filed on June 17, 2010, includes an administrative claim for attorneys' fees in the amount of $6,000.00. Since Counsel has already received $3,300.00, the Trustee would assert that the amount of the administrative claim in the Amended Chapter 13 Plan should be reduced to $3,061.65, which is the remaining balance of the fees owed to Counsel per the Fee Application.

WHEREFORE, the Trustee respectfully requests that the Court approve the Fee Application and award Counsel total fees of $6,361.65, which a remaining balance of $3,061.65. The Trustee further requests that the Order approving the Fee Application reflect that the administrative claim in the Amended Chapter 13 Plan be reduced to $3,061.65, the balance due on the approved Fee Application, and for such other relief as this Court deems proper.

| | |
|---|---|
| Dated: April 4, 2005 | Respectfully submitted,<br>Carolyn A. Bankowski,<br>Standing Chapter 13 Trustee<br>/s/ Patricia A. Remer<br>Carolyn A. Bankowski, BBO #631056<br>Patricia A. Remer, BBO #639594<br>Office of the Chapter 13 Trustee<br>PO Box 8250<br>Boston, MA  02114-0022<br>(617) 723-1313<br>13trustee@ch13boston.com |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>CYNTHIA REPPUCCI,<br>                    Debtor | Chapter 13<br>Case No. 10-11726-FJB |

**Certificate of Service**

      The undersigned hereby certifies that on August 11, 2010, a copy of the Trustee's Response to Application for Compensation was served via first class mail, postage prepaid, or by electronic mail, on the debtor and debtor's counsel at the addresses set forth below.

Cynthia Reppucci                                          Richard M. Canzano
14 Hesseltine Av                                              36 Commerce Way
Melrose, MA 02176                                       Woburn, MA 01801

                                                              /s/Patricia A. Remer
                                                              Patricia A. Remer, BBO#639594