**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Cynthia Reppucci                                    **Case/AP Number** 10-11726 **-FJB**

                                                               **Chapter** 13

Doc# 50  Application for Compensation  with certificate of service for Richard M. Canzano, Debtor's Attorney, Period: 12/30/2009 to 8/2/2010, Fee: $6361.65, Expenses: $0.  (Canzano, Richard)

**COURT ACTION:**

_____Hearing held

_____Granted          _____ Approved  _____Moot

_____Denied           _____ Denied without prejudice    _____Withdrawn in open court

_____Overruled  _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order         _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Attorney Canzano shall serve the application for compensation on the Debtor and shall file a certificate of such service on or before August 16, 2010.

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 8/11/10

Frank J. Bailey
United States Bankruptcy Judge